# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0781. G. B. A. ASSOCIATES, LLC et al. v. SABAL TRAIL TRANSMISSION, LLC.

Plaintiffs G. B. A. Associates, LLC and Gregory K. Isaacs filed several tort claims against Sabal Trail Transmission, LLC, which moved to dismiss the complaint based upon federal preemption. The trial court granted the motion, finding that the Natural Gas Act, 15 U. S. C. § 717 et seq., preempted the plaintiffs' state law claims. The plaintiffs have appealed this ruling.

The Supreme Court has determined that preemption cases invoke its constitutional question jurisdiction. See *Babies Right Start, Inc. v. Ga. Dept. of Pub. Health*, 293 Ga. 553, 554 (1) (748 SE2d 404) (2013); *Ward v. McFall*, 277 Ga. 649, 651 (1) (593 SE2d 340) (2004). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/20/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*